# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No:  19-CR-01175-W |
| | ) | |
| v. | ) | |
| JAYAKRISHNAN RAMACHANDRAN (1) | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(✓) Ad Prosequendum          ( ) Ad Testificandum.

**Name of Detainee:** Jayakrishnan Ramachandran, Booking No. 25702230
**Detained at (custodian):** Attn Warden: Vista Detention Facility, 325 South Melrose Drive, Vista, CA 92081

Detainee is:  a.)  (✓) charged in this district by:
    (✓) Indictment    ( ) Information    ( ) Complaint
    Charging Detainee With:  Title 21:841(a)(1), (b)(1)(C); 841(a)(1), (b)(1)(B); 21:853
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (✓) return to the custody of detaining facility upon termination of proceedings
or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on May 12, 2025, at 9:30 am in courtroom 3C before District Court Judge Thomas J. Whelan for hearing regarding revocation of supervised release.

I hereby attest and certify on 4/25/25
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Signature: _Linda Frakes_
Printed Name & Phone no.: Linda Frakes 619-546-6793
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(✓) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 24, 2025
Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 25702230 | DOB: | 05/10/1994 |
| Facility Address: | Vista Detention Facility | Race: | Hispanic |
| | 325 South Melrose Drive | FBI#: | |
| Facility Phone: | Vista, CA 92081 | | |
| Currently Incarcerated For: | Possession of Controlled Substance in Prison | | |

## RETURN OF SERVICE

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                                                                                        Revised 7/25/14